V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
TOM DANIEL NORIEGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR S 05-176-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| TOM DANIEL NORIEGA, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that Attorney V.ROY LEFCOURT is permitted to substitute in as counsel of record on behalf of Defendant TOM DANIEL NORIEGA and the Office of the Public Defender is hereby relieved.

IT IS SO ORDERED.

DATED: July 12, 2005                    /s/ Lawrence K. Karlton
                                         HONORABLE LAWRENCE K. KARLTON
                                         UNITED STATES DISTRICT JUDGE