McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-05-176-LKK |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING CASE AND** |
| | ) | **EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| TOM DANIEL NORIEGA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 12, 2005, this matter came on for a status
conference.  The United States appeared through Assistant United
States Attorney Phillip A. Talbert.  Defendant Tom Daniel Noriega
appeared with his counsels Quin Denvir, Federal Defender,
standing in for Daniel Broderick, and V. Roy Lefcourt.  By
separate written order this Court granted defendant's motion to
substitute V. Roy Lefcourt as attorney of record in place of
Daniel Broderick.

At the status conference, defense counsel requested without
objection from the government that the trial date of July 26,
2005 be vacated and that the matter be continued for status to
August 23, 2005 to allow new defense counsel to review the

1

discovery materials that have been provided and to conduct an investigation.  Defendant Noriega consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from July 12, 2005 to August 23, 2005.  The continuance was granted.

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1.  The jury trial scheduled for July 26, 2005 is vacated.

2.  A further status conference is scheduled for August 23, 2005, at 9:30 a.m.

3.  The time between July 12, 2005, and August 23, 2005, is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv).  The Court specifically finds that a continuance is necessary to give new defense counsel time to review discovery materials provided by the government and to conduct defense investigation.  The Court finds that the ends of justice served by setting a new status conference outweigh the best interest of the public and defendant in a speedy trial.


Dated: July 15, 2005          /s/Lawrence K. Karlton
                              Lawrence K. Karlton
                              Senior Judge
                              United States District Court