McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CASE NO. CR.S-05-176-LKK |
| Plaintiff,   ) | **ORDER SETTING BRIEFING SCHEDULE, CONTINUING CASE AND EXCLUDING TIME** |
| v.           ) | |
| TOM DANIEL NORIEGA,                ) | |
| Defendant.   ) | |

On August 23, 2005, this matter came on for a status conference. The United States appeared through Assistant United States Attorney Phillip A. Talbert. Defendant Tom Daniel Noriega appeared with his counsel V. Roy Lefcourt.

At the status conference, defense counsel stated his intent to prepare and file on behalf of the defendant a motion to suppress evidence, and the parties stipulated to the following briefing schedule: defendant's motion to be filed by September 20, 2005; government's response to be filed by October 18, 2005; defendant's reply to be filed by November 1, 2005; non-evidentiary hearing on motion November 8, 2005 at 9:30 a.m. Defendant Noriega consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from August 23,

1

2005 to September 20, 2005.  The Court set the briefing schedule and ordered time excluded as stipulated.

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1.  The following schedule is set for the briefing and hearing of defendants' motion to suppress evidence: the defendants' opening brief is due September 20, 2005; the government's responsive brief is due October 18, 2005; the defendants' reply brief is due November 1, 2005; and the non-evidentiary hearing on the motion is scheduled for November 8, 2005, at 9:30 a.m.

2.  The time between August 23, 2005, and September 20, 2005 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv).  The Court specifically finds that a continuance is necessary to give the defendant reasonable time to prepare the motion and conduct any associated defense investigation.  The Court finds that the ends of justice served by setting the motion briefing schedule outweigh the best interest of the public and defendant in a speedy trial.  The time between September 20, 2005 and November 8, 2005 is otherwise excluded pursuant to Local Code E, Title 18, United States Code, Section 3161(h)(1)(F).

DATE: August 25, 2005         /s/Lawrence K. Karlton
                              Hon. Lawrence K. Karlton
                              Senior Judge
                              United States District Court

2