McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM DANIEL NORIEGA,<br><br>　　　　　Defendant.<br>_____ | CASE NO. CR.S-05-176-LKK<br><br>**STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE** |

　　　It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Tom Daniel Noriega, through his attorney V. Roy Lefcourt, as follows:

　　　In order to allow each counsel sufficient time to prepare and file briefs concerning the defendant's motion to suppress evidence, and without changing the hearing date on the motion as it is currently scheduled, the briefing schedule for the motion to suppress should be amended as follows:  defendant's motion to be filed by September 22, 2005; government's response to be filed

///

///

1

by October 27, 2005; defendant's reply to be filed by November 3, 2005; non-evidentiary hearing November 8, 2005 at 9:30 a.m.

                                 Respectfully submitted,

Dated: October 27, 2005        /s/ V. Roy Lefcourt
                                       V. ROY LEFCOURT
                                       Attorney for Defendant
                                       TOM DANIEL NORIEGA
                                       (Signed by PAT by telephone authorization)

                                       McGREGOR W. SCOTT
                                       United States Attorney

Dated: October 27, 2005        /s/Phillip A. Talbert
                                       PHILLIP A. TALBERT
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

                                     ORDER

IT IS SO ORDERED.

Dated: October 31, 2005

                                   /s/ Lawrence K. Karlton
                                   HON. LAWRENCE K. KARLTON
                                   Senior Judge
                                   United States District Court