UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

TOM DANIEL NORIEGA,

        Defendant.
_____/

NO. CR. S-05-176 LKK

O R D E R

On February 22, 2006, the court heard argument on defendant's motion to reconsider the magistrate judge's detention order. Following argument, the court took the matter under submission. After consultation with the Pretrial Services Officer, the court ORDERS that defendant's motion to reconsider is conditionally granted. Defendant shall be released upon satisfaction of the following conditions:

    1. Defendant shall post a bond, approved as to form by the Assistant United States Attorney, in the amount of $600,000.00 secured by real property held by his wife and his paternal

1

1  grandmother, Jenny Noriega.

2       2.  Defendant shall execute the standard Notice to Defendant
3  Being Released.

4       Upon satisfaction of the above conditions, the court will
5  order the defendant released with the additional conditions
6  attached hereto.

7       IT IS SO ORDERED.

8       DATED:  February 23, 2006.

```
                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

CONDITIONS OF RELEASE

RE: Noriega, Tom
CRS. 05-176-Lkk

1. You shall be released on a $600,000 bond secured by real property of your wife, Racquel Noriega and your grandmother, Jenny Noriega;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You are placed under house arrest and are to reside at a location approved by your pretrial services officer and not absent yourself from this residence without the prior approval of that officer; additionally, you shall not have any visitors at your residence with the exclusion of relatives;

10. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your

|   |   |   |
|---|---|---|
| 1 |  | person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company; |
| 2 | 11. | You shall be personally responsible for the cost of your participation in the Electronic Monitoring Program and shall pay the monthly fee as instructed by the Pretrial Services Agency; |
| 3 | 12. | You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer. |

person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company;

11. You shall be personally responsible for the cost of your participation in the Electronic Monitoring Program and shall pay the monthly fee as instructed by the Pretrial Services Agency;

12. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.

```
                     UNITED STATES DISTRICT COURT FOR THE

                          EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,            )
                                     )    Case No. Cr. S-05-0176 LKK
       Plaintiff,                    )
v.                                   )
                                     )    NOTICE TO DEFENDANT
TOM DANIEL NORIEGA,                  )    BEING RELEASED
                                     )
       Defendant.                    )

**FILED**
February 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

A.    <u>You are advised that you are being released</u> pursuant to the "Bail Reform Act of 1984".

B.    <u>Conditions of Release</u>
You are further advised that your release is subject to the following conditions in addition to any conditions contained in your Bond form:
1. That you shall appear on time at all proceedings as required and shall surrender for service of any sentence imposed as directed.
2. That you shall advise the court and you attorney prior to any change in address.
3. That you shall not commit any offense in violation of federal, state or local law while on release in this case.
4. Travel Restrictions: As contained in the Conditions of Release.
5. Other Special Conditions: As contained in the Conditions of Release.
   See Attached

C.    <u>Advice of Penalties and Sanctions</u>
You are further advised that:
1. It is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release or to surrender for the service of sentence pursuant to a court order. If the defendant was release in connection with a charge, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for –
   a. an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years or both;
   b. an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;
   c. any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both; or
   d. a misdemeanor, the defendant shall be fined not more than $2,000 or imprisoned not more than one year, or both. If punishable by more than 6 months, the fine is not more than $100,000.

A term of imprisonment imposed for failure to appear or surrender shall be <u>consecutive</u> to the sentence of imprisonment for any other offense.
In addition, failure to appear may result in the forfeiture of any bail.

Original - Filed with Court

2. Conviction of an Offense Committed While on Release

Conviction of an offense committed while on release carries the following sentences which are in addition to the sentence prescribed for the offense and which must be consecutive to any other sentence:
- a. Not more than 10 years if the offense is a felony.
- b. Not more than one year if the offense is a misdemeanor.

3. Violation of Conditions of Release

Violation of any condition of your release may also result in arrest by a law enforcement officer the immediate issuance of a warrant for your arrest, revocation of release, an order of detention, and a prosecution for contempt which could result in a possible term of imprisonment and / or a fine.

4. Obstruction of Justice Crimes

It is an additional crime to:
- a. Endeavor by force or threat to influence, intimidate or impede a juror, officer of the court, or the administration of justice (Title 18 U.S.C. §1503) Penalty: 5 years and/or $250,000.00
- b. Endeavor to obstruct, delay or prevent a criminal investigation (Title 18 U.S.C.§1510) Penalty: 5 years and / or $250,000.00.
- c. Tamper with a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 10 years and / or $250,000.00.
- d. Harass a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 1 year and / or $100,000.00
- e. Retaliate against a witness, victim or informant (Title 18 U.S.C. §1513) Penalty: 10 years and / or $250,000.00.

## **ACKNOWLEDGMENT OF DEFENDANT**

I acknowledge that I am the defendant in the above-captioned case and that I am aware of and fully understand the above conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am also aware of and fully understand the penalties and sanctions set forth above for failure to appear, conviction of an offense committed while on release, violation of a condition of release, or any of the obstruction of justice crimes.

_____
DEFENDANT'S SIGNATURE

(IF AN INTERPRETER IS USED)

I have translated into the __ language the above conditions of release and Advice to Defendant and have been told by the defendant that he / she understands the conditions of release and advice.

_____
INTERPRETER