```
                                    RECEIVED
            UNITED STATES DISTRICT COURT FOR THE
                                 06 MAR -6 PM 3:17
                 EASTERN DISTRICT OF CALIFORNIA
                                 EASTERN DISTRICT
                                   OF CALIFORNIA
```

**FILED**
March 6, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:05-CR-0176 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| TOM DANIEL NORIEGA, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __TOM DANIEL NORIEGA__, Case No. __2:05-CR-0176__, Charge __21 U.S.C. 841 (a)(1) - Possession of Methamphetamine with Intent to Distribute__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __600,000.00__

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ✔ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)   see conditions of release as ordered on 02/23/2006

Issued at __Sacramento, CA__ on __March 6, 2006__ at __3:10 P.M.__

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal

CONDITIONS OF RELEASE

RE: Noriega, Tom
CRS. 05-176-Lkk

1. You shall be released on a $600,000 bond secured by real property of your wife, Racquel Noriega and your grandmother, Jenny Noriega;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You are placed under house arrest and are to reside at a location approved by your pretrial services officer and not absent yourself from this residence without the prior approval of that officer; additionally, you shall not have any visitors at your residence with the exclusion of relatives;

10. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your

      person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company;

11. You shall be personally responsible for the cost of your participation in the Electronic Monitoring Program and shall pay the monthly fee as instructed by the Pretrial Services Agency;

12. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.