McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-05-176-LKK |
| Plaintiff, ) | **ORDER CONTINUING CASE AND EXCLUDING TIME** |
| v. ) | |
| TOM DANIEL NORIEGA, ) | |
| Defendant. ) | |

On February 6, 2007, this matter came on for a status conference. The United States appeared through Assistant United States Attorney Phillip A. Talbert. Defendant Tom Daniel Noriega appeared with Dennis White, standing in for his counsel V. Roy Lefcourt.

At the status conference, defense counsel requested without objection from the government that a new status conference be scheduled on March 6, 2007, to allow defense counsel to continue to prepare and to discuss a possible resolution of the case with the government. Defendant Noriega consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from February 6, 2007 to March 6, 2007. The continuance was granted.

1     Accordingly, the Court entered the following orders:

2     For good cause shown, IT IS HEREBY ORDERED THAT:

3     1.  A further status conference is scheduled for March 6,
4 2007, at 9:30 a.m.

5     3.  The time between February 6, 2007 and March 6, 2007, is
6 excluded under the Speedy Trial Act pursuant to Local Code T4,
7 Title 18, United States Code, Section 3161(h)(8)(B)(iv).  The
8 Court specifically finds that a continuance is necessary to give
9 defense counsel time to continue to prepare and to discuss a
10 possible resolution of the case with the government.  The Court
11 finds that the ends of justice served by setting a new status
12 conference outweigh the best interest of the public and defendant
13 in a speedy trial.

15 Dated: February 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT