```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TOM DANIEL NORIEGA,<br><br>            Defendant. | CASE NO. CR.S-05-176-LKK<br><br>**ORDER CONTINUING CASE AND EXCLUDING TIME** |

On March 6, 2007, this matter came on for a status conference. The United States appeared through Assistant United States Attorney Phillip A. Talbert. Defendant Tom Daniel Noriega appeared with his counsel V. Roy Lefcourt.

At the status conference, defense counsel requested without objection from the government that a new status conference be scheduled on April 24, 2007, to allow defense counsel to continue to prepare and to discuss a possible resolution of the case with the government. Defendant Noriega consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from March 6, 2007 to April 24, 2007. The continuance was granted.

///

1        Accordingly, the Court entered the following orders:

2        For good cause shown, IT IS HEREBY ORDERED THAT:

3        1.   A further status conference is scheduled for April 24, 2007, at 9:30 a.m.

5        2.   The time between March 6, 2007 and April 24, 2007, is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv).  The Court specifically finds that a continuance is necessary to give defense counsel time to continue to prepare and to discuss a possible resolution of the case with the government.  The Court finds that the ends of justice served by setting a new status conference outweigh the best interest of the public and defendant in a speedy trial.

Dated: March 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT