McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-05-176-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| TOM DANIEL NORIEGA, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Tom Daniel Noriega, through his attorney V.Roy Lefcourt, as follows:

It is agreed that the currently scheduled Status Conference date of April 24, 2007 be vacated and a new Status Conference date of May 22, 2007 at 9:30 a.m. be set.

The continuance of the status conference is necessary because the parties are in ongoing negotiations toward a possible resolution of the case, and the defendant's attorney needs time to discuss the ongoing negotiations and a proposed written plea agreement with the defendant.

///

1     Accordingly, the parties jointly request a new status
2 conference date of May 22, 2007, and that the time period from April
3 24, 2007, to and including May 22, 2007 be excluded under the Speedy
4 Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
5 for defense preparation and based on a finding by the Court that the
6 ends of justice served by granting a continuance outweigh the best
7 interest of the public and defendant in a speedy trial.

                                    Respectfully submitted,

Dated: April 19, 2007               /s/V.Roy Lefcourt
                                    V.ROY LEFCOURT
                                    Attorney for Defendant
                                    TOM DANIEL NORIEGA
                                    By PAT per telephone authorization


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: April 19, 2007               /s/Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: April 20, 2007

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT