V. ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 776-0207
Fax: (415) 776-8047
vroylefcourt@sbcglobal.net

Attorney for Defendant
TOM DANIEL NORIEGA

FILED
APR 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                         Plaintiff,  ) CR. No. S-05-176-LKK
                           )
            v.  ) STIPULATION AND ORDER
TOM DANIEL NORIEGA,  )
                       Defendant.  )

It is hereby stipulated between the parties, Defendant Tom Daniel Noriega, through his attorney V. Roy Lefcourt, and Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, as follows:

It is agreed that the U.S. Marshals shall release the defendant to U.S. Pretrial Services in Sacramento on Monday, April 30, 2007, at 8:30 a.m. On said date, the defendant's wife or another responsible party will report to the Pretrial Services Office and escort the defendant to the designated residential substance abuse treatment program. In addition, the following conditions will apply:

1. Defendant shall be released on the existing $600,000 bond secured by real property of defendant's wife, Racquel Noriega and defendant's grandmother, Jenny Noriega;

2. Defendant shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. Defendant shall participate at the New Beginnings Recovery Ministries Residential Substance Abuse Treatment program in Tracy, California and remain at the program at all times until released by the Pretrial Services Officer. Defendant shall comply with all the rules and regulations of the residential program and pay for all services of the program.
    a. Defendant's wife or another responsible party shall escort defendant to all required court hearings and back to the program upon completion of the hearing.

1

4.  Defendant's travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5.  Defendant shall not possess a firearm, destructive device, or other dangerous weapon; additionally, defendant shall provide written proof of divestment of all firearms currently under defendant's control;

6.  Defendant shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and defendant shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7.  Defendant shall submit to drug or alcohol testing as approved by the Pretrial Services Officer.

8.  Upon successful completion of the residential treatment program, Defendant shall reside at a location approved by Pretrial Services and not move or absent self from this residence for more than 24 hours without the prior consent of pretrial services officer.

On April 12, 2007, defendant appeared before the Court for a violation hearing at which Pretrial Services recommended that the defendant be remanded into custody until criminal proceedings had concluded. The government urged the Court to follow that recommendation. After review, the Court indicated that if an appropriate residential substance abuse treatment program were found, then release conditions could be fashioned to address flight risk and danger concerns and it would order the defendant released into such program on such conditions. Defendant has found and been accepted into the New Beginnings Recovery Ministries Residential Substance Abuse Treatment Program in Tracy, California, and Pretrial Services has confirmed that the program meets the requirements suggested by the Court. Pretrial Services has also fashioned terms and conditions, stated above, to address flight risk and danger concerns as the Court indicated at the hearing. Therefore, consistent with the stated indication by the Court that it would release the defendant on appropriate conditions if an appropriate residential drug treatment program were found, and to put effect to that stated intention, the parties stipulate to and Pretrial Services suggests the above terms and conditions of defendant's release, including that he will be escorted to the New Beginnings Recovery Ministries Residential Substance Abuse Treatment Program in Tracy, California.

Accordingly, it is respectfully requested that the defendant be released to U.S. Pretrial Services in Sacramento, California on Monday, April 30, 2007, at 8:30 a.m. for delivery to the New Beginnings Recovery Ministries Residential Substance Abuse Treatment Program in Tracy, California.

Respectfully submitted,

Dated: April 26, 2007

/s/V.Roy Lefcourt
V.ROY LEFCOURT
Attorney for Defendant
TOM DANIEL NORIEGA

McGREGOR W. SCOTT
United States Attorney

Dated: April 26, 2007

/s/ Phillip A. Talbert
PHILLIP A. TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff
By WATINA per email authorization

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: _April 26_, 2007

DALE A. DROZD
United States Magistrate Judge

3