McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>        v.                        )<br>                                  )<br> TOM DANIEL NORIEGA,              )<br>                                  )<br>            Defendant.            )<br>_____) | CR. No. S-05-176-LKK<br><br><br><br>STIPULATION AND ORDER |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Tom Daniel Noriega, through his attorney V.Roy Lefcourt, as follows:

It is agreed that the currently scheduled Status Conference date of May 22, 2007 be vacated and a new Status Conference date of July 24, 2007 at 9:30 a.m. be set.

The continuance of the status conference is necessary because the parties are in ongoing negotiations toward a possible resolution of the case and the defendant's attorney needs additional time to discuss a proposed written plea agreement with the defendant. Currently, the defendant is in a residential drug treatment program as one of the conditions of his pretrial release, and will remain

1

1 there for the foreseeable future.  Additionally, defense counsel is
2 scheduled to be out of the country for approximately three weeks in
3 June 2007, necessitating a new status conference date in July 2007.
4     Accordingly, the parties jointly request a new status
5 conference date of July 24, 2007, and that the time period from May
6 22, 2007, to and including July 24, 2007 be excluded under the
7 Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
8 Code T4 for defense preparation and based on a finding by the Court
9 that the ends of justice served by granting a continuance outweigh
10 the best interest of the public and defendant in a speedy trial.

                                         Respectfully submitted,

Dated: May 18, 2007           /s/V.Roy Lefcourt
                                V.ROY LEFCOURT
                                Attorney for Defendant
                                TOM DANIEL NORIEGA
                                By PAT per telephone authorization

                                McGREGOR W. SCOTT
                                United States Attorney

Dated: May 18, 2007           /s/Phillip A. Talbert
                                PHILLIP A. TALBERT
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: May 21, 2007

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT