McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-05-176-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| TOM DANIEL NORIEGA, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Tom Daniel Noriega, through his attorney V.Roy Lefcourt, as follows:

It is agreed that the currently scheduled Status Conference date of July 24, 2007 be vacated and a Change of Plea hearing date of August 14, 2007 at 9:30 a.m. be set.

The vacating of the status conference and the scheduling at a later date of a change of plea hearing is necessary because the defendant's attorney needs additional time to discuss the proposed written plea agreement with the defendant prior to entry of a change of plea.  Currently, the defendant is in a residential drug treatment program as one of the conditions of his pretrial release,

and will remain there for the foreseeable future.

    Accordingly, the parties jointly request a change of plea hearing date of August 14, 2007, and that the time period from July 24, 2007, to and including August 14, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

```
                                    Respectfully submitted,

Dated: July 23, 2007                 /s/V.Roy Lefcourt
                                    V.ROY LEFCOURT
                                    Attorney for Defendant
                                    TOM DANIEL NORIEGA
                                    By PAT per telephone authorization


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: July 23, 2007                 /s/Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 23, 2007

2