UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

The United States,

   -vs-

Tom Daniel Noriega                                    **Docket No. CRS-05-176-LKK**

**COMES NOW** Gina Lee Faubion, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Tom Daniel Noriega, who was placed on bond by the Honorable Lawrence K. Karlton, U.S. District Judge, sitting in the Court at Sacramento, California, on the 23rd day of February, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** On September 11, 2007, the defendant pled guilty to Possession of Methamphetamine with Intent to Distribute-21:841(a)(1).

**BOND CONDITIONS**: The defendant was ordered released on the posting of a $600,000 collateral bond secured by the property of his wife and his paternal grandmother. Bond was posted and he was released from custody on March 6, 2006. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On September 20, 2007, the defendant was discharged unsatisfactorily from the New Beginnings Recovery Ministries Residential Treatment Program for failure to comply with the rules and regulations of the program.

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing on Thursday, September 27, 2007, at 2:00 p.m. The U.S. District Judge has referred the matter to the duty U.S. Magistrate Judge.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                    Respectfully submitted,
                                                    /s/ Gina Lee Faubion

                                                    Gina Lee Faubion
                                                    Pretrial Services Officer
                        **ORDER**     September 24, 2007

\_\_\_\_\_   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $\_\_\_\_.
\_\_\_\_   The Court hereby orders this ex parte motion and order be sealed.
\_\_\_\_\_   The Court orders a summons be issued with an appearance date of _____.
 **XX**   The Court hereby orders this matter placed on this court's calendar on 9/27/07, at **2:00** p.m. and orders the Pretrial
        Services Officer to contact the defendant and/or attorney of record to advise them of said order.
\_\_\_\_\_   The Court orders no action be taken.

                                                    Considered and ordered this 24th day of
                                                    September, 2007, and ordered filed and
                                                    made a part of the records in the above case.

                                                    /s/ Gregory G. Hollows
    noriega.ord                                 U.S. Magistrate Judge

Pretrial Services Violation Petition
Noriega, Tom Daniel

Page 2

**SPECIAL CONDITIONS MODIFIED ON 04/26/06 :**

Pretrial Services recommends the Court order the U.S. Marshals to release the defendant to U.S. Pretrial Services in Sacramento on Monday, April 30, 2007, at 8:30 a.m.  On said date, the defendant's wife or another responsible party will report to the Pretrial Services Office and escort the defendant to the designated residential substance abuse treatment program.  In addition, Pretrial Services recommends the following conditions:

1. You shall be released on the existing $600,000 bond secured by real property of your wife, Racquel Noriega and your grandmother, Jenny Noriega;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall participate at the New Beginnings Recovery Ministries Residential Substance Abuse Treatment program in Tracy, California and remain at the program at all times until released by the Pretrial Services Officer. You shall comply with all the rules and regulations of the residential program and pay for all services of the program.
    a. Your wife or another responsible party shall escort you to all required court hearings and escort you back to the program upon completion of the hearing.

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer.

8. Upon successful completion of the residential treatment program, you shall reside at a location approved by Pretrial Services and not move or absent yourself from this residence for more than 24 hours without the prior consent of pretrial services officer.

**History of Chronological Events:**

May 25, 2005: The defendant made his initial appearance before the Honorable Gregory G. Hollows and was ordered detained as a danger to the community pending further proceedings.

July 12, 2005: The defendant appeared in custody for a bail review hearing before the Honorable Kimberly J. Mueller. Court denied the reopening of a hearing until such time new evidence is presented.

January 10, 2006: Evidentiary Hearing held as to the defendant before the Honorable Lawrence K. Karlton. Motion to suppress granted.

January 20, 2006: A notice of appeal was filed by the Assistant U.S. Attorney.

January 24, 2006: The defendant appeared in custody for a bail review hearing before the Honorable Gregory G. Hollows and the detention matter was taken under submission.  On January 27, 2006, the defendant was ordered to remain in custody pending the government's appeal of the suppression of evidence order in this case.

Pretrial Services Violation Petition
Noriega, Tom Daniel

Page 3

February 23, 2006: The Honorable Lawrence K. Karlton ordered the defendant released on a $600,000 collateral bond secured by property with pretrial services supervision and special conditions. He posted bond on March 6, 2006.

January 19, 2007: Notice of Appeal that the decision of District Court is reversed.

April 9, 2007: Pretrial Services Violation Petition filed with the Court for the following violations: the defendant tested positive for methamphetamine use on March 21, 2007; and, he failed to submit to urinalysis testing as directed on eleven occasions between June 2006 and March 2007.

April 12, 2007: The defendant appeared for a bail violation hearing before the Honorable Dale A. Drozd. On said date, he was ordered detained; however, the Court would be inclined to release him in the future if an appropriate residential treatment program was proposed and this program could report any violations of the program to Pretrial Services.

April 26, 2007: The Honorable Dale A. Drozd signed a proposed order to release the defendant to a residential treatment program in Tracy, California with Pretrial Services supervision and other special conditions. He was released from custody on April 30, 2007.

Judgement and Sentencing set for December 4, 2007, before the Honorable Lawrence K. Karlton.