V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 776-0207
Fax: (415) 776-8047
vroylefcourt@sbcglobal.net

Attorney for Defendant
TOM DANIEL NORIEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) CR. No. S-05-176-LKK | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) STIPULATION AND ORDER | |
| TOM DANIEL NORIEGA, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated between the parties, Defendant Tom Daniel Noriega, through his attorney V.Roy Lefcourt, and Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and as follows:

It is agreed that the currently scheduled Judgment and Sentencing date of April 1, 2008 be vacated and a new Judgment and Sentencing date of June 3, 2008 at 9:30 a.m. be set.

The continuance of the Judgment and Sentencing is necessary because the parties are in ongoing negotiations toward a possible judgment of the case and the defendant's attorney needs additional time to discuss a proposed judgment and sentencing with the defendant.

Accordingly, the parties jointly request a new Judgment and Sentencing date of June 3, 2008, and that the time period from April 1, 2008, to and including June 3, 2008 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for

1

defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

                                        Respectfully submitted,

Dated: March 27, 2008             /s/ V.Roy Lefcourt
                                        V.ROY LEFCOURT
                                        Attorney for Defendant
                                        TOM DANIEL NORIEGA

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: March 27, 2008             /s/ William S. Wong for Phillip A. Talbert
                                        WILLIAM S. WONG for
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
                                        By WATINA per telephone authorization from Kerri Quirk

                                            **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: March 27, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT