McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0176-LKK |
| Plaintiff, | |
| v. | SEALING ORDER |
| TOM DANIEL NORIEGA, | |
| Defendant. | |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached document entered herein and any associated material is hereby SEALED until further order of this Court.

DATED: June 5, 2008

LAWRENCE K. KARLTON
United States District Judge