1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   TOM DANIEL NORIEGA
7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              No.  Cr. S 2:05-cr-176 KJM

12             Plaintiff,                 **STIPULATED MOTION AND ORDER TO
                                          REDUCE SENTENCE PURSUANT TO 18
13      v.                                U.S.C. § 3582(c)(2)**

14 TOM DANIEL NORIEGA,                    RETROACTIVE DRUGS-MINUS-TWO
                                          REDUCTION CASE
15             Defendant.
                                          Judge:  Honorable KIMBERLY J. MUELLER
16

17      Defendant, TOM DANIEL NORIEGA, by and through his attorney, Assistant Federal

18 Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through

19 its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20      1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21 imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22 based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23 pursuant to 28 U.S.C. § 994(o);

24      2.      On June 3, 2008 this Court sentenced Mr. Noriega to a term of 120 months

25 imprisonment;

26      3.      His total offense level was 29, his criminal history category was VI, and the

27 resulting guideline range was 151 to 188 months.  He received a reduction off the low-end of the

28 range on the government's motion;

Stipulation and Order Re: Sentence Reduction          1

1    4.    The sentencing range applicable to Mr. Noriega was subsequently lowered by the

2  United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,

3  see 79 Fed. Reg. 44,973;

4    5.    Mr. Noriega's total offense level has been reduced from 29 to 27, and his

5  amended guideline range is 130 to 162 months.  A reduction comparable to the one he received

6  initially yields a term of 103 months;

7    6.    Accordingly, the parties request the Court enter the order lodged herewith

8  reducing Mr. Noriega's term of imprisonment to a total term of 103 months.

9  Respectfully submitted,

10  Dated:  December 7, 2015                     Dated:  December 7, 2015

11  BENJAMIN B. WAGNER                    HEATHER E. WILLIAMS
   United States Attorney                       Federal Defender

12

13   */s/ Jason Hitt*                              /s/ *Hannah Labaree*
   JASON HITT                             HANNAH R. LABAREE
14  Assistant U.S. Attorney                      Assistant Federal Defender

15  Attorney for Plaintiff                       Attorney for Defendant
   UNITED STATES OF AMERICA              TOM DANIEL NORIEGA
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        This matter came before the Court on the stipulated motion of the defendant for reduction

3    of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4        The parties agree, and the Court finds, that Mr. Noriega is entitled to the benefit

5    Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended

6    guideline range of 130 to 162 months.  A reduction comparable to the one he received initially

7    yields a term of 103 months.

8        IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2008 is

9    reduced to a term of 103 months.

10        IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

11   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

12   reduction in sentence, and shall serve certified copies of the amended judgment on the United

13   States Bureau of Prisons and the United States Probation Office.

14        Unless otherwise ordered, Mr. Noriega shall report to the United States Probation Office

15   within seventy-two hours after his release.

16   Dated:   December 28, 2015

17

18   _____
     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28